IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN WILLIE MALONE, JR.,            )
AIS 292690,                         )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   CIVIL CASE NO. 2:20-cv-599-ECM
                                    )              (WO)
LIEUTENANT PARKER,                  )
                                    )
        Defendant.                  )

## MEMORANDUM OPINION and ORDER

On May 8, 2023, the Magistrate Judge entered a Recommendation (doc. 23) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Lt. Parker's Answer and Special Report (doc. 9) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 9) is GRANTED.

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 20th day of July, 2023.

            /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE